# EXHIBIT A

STATE OF NEW YORK
# DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

January 19, 2024

CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY NY 12207, USA

| | |
|---|---|
| RE: Party Served: | DELTA AIR LINES, INC. |
| Plaintiff/Petitioner: | QUINCY THORPE |
| Receipt Number: | 202401190974 |
| Date Served: | 01/11/2024 |
| Section of Law: | SECTION 306 OF THE BUSINESS CORPORATION LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Recently enacted legislation permits process to be served electronically on the Secretary of State as agent of a domestic or authorized foreign corporation, limited liability company, limited partnership, limited liability partnership, general association or condominium board, provided such entity has provided the Department of State with an email address for electronic service of process notification.

If the above named party has not already done so, it may provide the Department of State with an email address to which the Department will email a notice of the fact that process against such party has been electronically served upon the Secretary of State. A copy of any process served electronically will be made available to the party served through the Department's Electronic Service of Process webpage. Entities may provide the Department with an email address through the amendment procedure permitted by the law for such entity.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

---

QUINCY THORPE

                              Plaintiff,

-against-

DELTA AIRLINES, INC.

                             Defendant.

---

Date Summons Filed:
1-10-2024

Index No.:

Plaintiff designates Kings County as the place of trial. The basis of venue is: CPLR § 503.

**SUMMONS**
**WITH NOTICE**

*Plaintiff's Residence:*
108-16 Flatlands 9 Street, 17D
Brooklyn, NY 11236

*To the above-named Defendant:*

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons to serve a notice of appearance, on the Plaintiff's Attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint. The basis of venue is CPLR §503, which is the Defendant's principal place of business.

    **TAKE NOTICE** that the object of this action, and the relief sought, is to recover equitable relief available under New York and/or federal law and to be proven at trial for causes of action which include, but are not limited to:

- negligence by Defendant, their servants, agents and/or employees in unlawfully suspending then terminating Plaintiff while on disability; violating all applicable rules, laws, regulations and ordinances; and in causing the injuries complained herein;

- intentional, malicious, carelessness, recklessness, and negligence of Defendant, their servants, agents and/or employees in disseminating false, misleading and libelous statements leading to a federal investigation, arrest and malicious criminal prosecution of Plaintiff; violating all applicable rules,



laws, regulations and ordinances; and in causing the injuries complained herein.

In case of your failure to appear, judgment will be sought and taken against you, by default, as follows:

i. For all claims against the Defendant:

a) Monetary damages in an amount that exceeds the lower court's jurisdiction, which are to be determined at trial, and estimated at no less than $3,000,000.00;

b) Punitive damages;

c) Costs and disbursements of this action;

d) Interest on any sums awarded; and

e) Any other just and equitable relief that may be deemed proper.

Dated: January 10, 2024
Staten Island, NY

**TURTURRO LAW, P.C.**

BY:/s/ *Natraj S. Bhushan*

Natraj S. Bhushan, Esq.
1361 N. Railroad Avenue
Staten Island, NY 10306
Tel.: (718) 384-2323
natraj@turturrolawpc.com
*Attorneys for Plaintiff*

To: DELTA AIRLINES, INC.
c/o Delta Air Lines
1030 DELTA BLVD, DEPT 982,
ATLANTA, GA, UNITED STATES, 30354

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Kings
-----------------------------------------------------------------x
Quincy Thorpe

                      Plaintiff/Petitioner,

      - against -                                   Index No. 500973/2024

Delta Airlines, Inc.

                    Defendant/Respondent.
-----------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.

  <u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: January 10, 2024

Natraj S. Bhushan
Name
Turturro Law, P.C.

Firm Name

1361 N. Railroad Avenue
Address

Staten Island, New York 10306

(718) 384-2323
Phone

natraj@turturrolawpc.com
E-Mail

To: DELTA AIRLINES, INC.

c/o Delta Air Lines

1030 Delta Blvd, Dept 982

Atlanta, GA, United States, 30354

202401190 974

3479

DOS 470 (Rev. 10/09)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

**Return Services Requested**



US POSTAGE PITNEY BOWES

ZIP 12231  $ 006.03
02 4W
0000390363 JAN 24 2024



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

USPS CERTIFIED MAIL

USPS CERTIFIED MAIL

9214 8969 0059 7935 9508 82

202401190974
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY NY 12207, USA